UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                  Plaintiff<br>v.<br><br>JEFFRY P. MCGINNIS a/k/a JEFFREY P.<br>MCGINNIS a/k/a J.P. MCGINNIS a/k/a JEFF<br>MCGINNIS<br>                  Defendant | Civil Action No: 18-02261 |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                                          Respectfully submitted,
                                          KML Law Group, P.C.

                                          By: _____
                                          Rebecca A. Solarz, Esquire
                                          Suite 5000 – BNY Independence Center
                                          701 Market Street
                                          Philadelphia, PA  19106-1532
                                          (215) 825-6327